## LOUIS BERNSTEIN v. CITY OF MINNEAPOLIS.[1]

January 15, 1915.

Nos. 18,958–(185).

**Case followed.**

Appeal by Louis Bernstein from an order of the district court for Hennepin county, Steele, J., dismissing his appeal to that court from an order of the city council confirming the award of commissioners in the matter of condemnation of land. Reversed.

George B. Leonard and M. Rose, for appellant.

C. D. Gould and William H. Morse, for respondent.

PER CURIAM.

This case follows Noodelman v. City of Minneapolis, supra, page 531. Order reversed.

[1] Reported in 150 N. W. 398.